B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Jeffrey Roy Brooks**                                                        Case No.   **14-10183**
                                         Debtor(s)                                     Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - THIRD AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Edward L Berger, Esq on behalf of Credit University of Pennsylvania New Bolton Center 1760 Market Street, #608 Philadelphia, PA 19103** | **Edward L Berger, Esq on behalf of Credit University of Pennsylvania New Bolton Center Philadelphia, PA 19103** | **Trade debt** | | **Unknown** |
| **Fox Rothchild 2000 Market Street Philadelphia, PA 19103** | **Fox Rothchild 2000 Market Street Philadelphia, PA 19103** | **Legal Fees** | | **4,065.07** |
| **Ganfer & Shore LLP 360 Lexington Ave. New York, NY 10017** | **Ganfer & Shore LLP 360 Lexington Ave. New York, NY 10017** | **Legal Fees** | | **43,433.61** |
| **Garvey Shubert Barer 100 Wall Street New York, NY 10005** | **Garvey Shubert Barer 100 Wall Street New York, NY 10005** | **Legal Fees** | | **59,818.07** |
| **Internal Revenue Service 7850 SW 6 Court Mail Stop 5730 Fort Lauderdale, FL 33324** | **Internal Revenue Service 7850 SW 6 Court Mail Stop 5730 Fort Lauderdale, FL 33324** | **Early Withdrawal Penalty** | **Unliquidated Disputed** | **360,000.00** |
| **James M. Steffon** | **James M. Steffon** | **Judgment** | | **978.00** |
| **Levitt & Kaizer 40 Fulton Street New York, NY 10038** | **Levitt & Kaizer 40 Fulton Street New York, NY 10038** | **Debt Guaranty** | | **250,000.00** |
| **Mintz Levin 666 Third Ave. New York, NY 10017** | **Mintz Levin 666 Third Ave. New York, NY 10017** | **Debt Guaranty** | **Unliquidated Disputed** | **951,038.39** |
| **New York State Tax Commission ATTN: Office of Counsel Building 9 W A Harriman Campus Albany, NY 12227** | **New York State Tax Commission ATTN: Office of Counsel Building 9 Albany, NY 12227** | **Judgment** | | **4,821.00** |
| **Ontario Racing Commission 10 Carlson Court, Suite 400 Toronto, Ontario M9W 6L2** | **Ontario Racing Commission 10 Carlson Court, Suite 400 Toronto, Ontario** | **Fine** | | **400,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Jeffrey Roy Brooks**                                    Case No.  **14-10183**
                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - THIRD AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Premier Care Nurses of America**<br>**433 Plaza Real**<br>**Suite 275**<br>**Boca Raton, FL 33432** | **Premier Care Nurses of America**<br>**433 Plaza Real**<br>**Suite 275**<br>**Boca Raton, FL 33432** | **Judgment** | | 1,628.00 |
| **Terry Brooks**<br>**20 Red Ground Road**<br>**Old Westbury, NY 11568** | **Terry Brooks**<br>**20 Red Ground Road**<br>**Old Westbury, NY 11568** | **Loan Guaranty** | | 5,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Jeffrey Roy Brooks**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 12, 2014**                    Signature  **/s/ Jeffrey Roy Brooks**
                                                                                                 **Jeffrey Roy Brooks**
                                                                                                 Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Jeffrey Roy Brooks**, Debtor

Case No. **14-10183**

Chapter **11**

## SUMMARY OF SCHEDULES - THIRD AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 192,561.53 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 360,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 6,715,782.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,535.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,475.00 |
| Total Number of Sheets of ALL Schedules | | 18 | | | |
| Total Assets | | | 192,561.53 | | |
| Total Liabilities | | | | 7,075,782.14 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Jeffrey Roy Brooks**, 
Debtor

Case No. **14-10183**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 360,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 360,000.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 4,535.00 |
| Average Expenses (from Schedule J, Line 22) | 4,475.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 360,000.00 |
| 4. Total from Schedule F | | 6,715,782.14 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 7,075,782.14 |

B6D (Official Form 6D) (12/07)

In re  **Jeffrey Roy Brooks**                                         ,    Case No.   **14-10183**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - THIRD AMENDED

   State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☒  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  | Value $ |  |  |  |  |  |
| Account No. |  |  | Value $ |  |  |  |  |  |
| **0** continuation sheets attached |  |  | Subtotal (Total of this page) |  |  |  |  |  |
|  |  |  | Total (Report on Summary of Schedules) |  |  |  | 0.00 | 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Jeffrey Roy Brooks**                                      Case No.    **14-10183**
                                    Debtor(s)                         Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S THIRD AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __6__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 12, 2014**                    Signature   **/s/ Jeffrey Roy Brooks**
                                                         **Jeffrey Roy Brooks**
                                                         Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.