# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
### www.flsb.uscourts.gov

*In re:*  CASE NO.: 14-10183-BKC-EPK

JEFFREY ROY BROOKS,  Chapter 11

_____Debtor._____ /

## AMENDED[1] CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the *Notice of Hearing on First Interim Application for Compensation and Reimbursement of Expenses as Counsel for Debtor in Possession for Jacqueline Calderin Esq.* [ECF# 94] was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on April 29, 2014

> *I HEREBY CERTIFY* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am qualified to practice in this Court as set forth in Local Rule 2090-1(A).

>> EHRENSTEIN CHARBONNEAU CALDERIN
>> *Counsel for the Debtor in Possession*
>> 501 Brickell Key Drive, Suite 300
>> Miami, FL  33131
>> T. 305.722.2002      F. 305.722.2001
>> www.ecclegal.com

>> By:   */s/ Jacqueline Calderin*
>>         Jacqueline Calderin, Esq.
>>         Florida Bar No.: 134414
>>         jc@ecclegal.com

---

[1] Amended to correct the scrivener's error on the title of the document being served.

**EHRENSTEIN CHARBONNEAU CALDERIN**
**501 Brickell Key Drive · Suite 300 · Miami, FL 33131 · T. 305.722.2002 · F. 305.722.2001 · www.ecclegal.com**