UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                :        CHAPTER 11
                                      :
JEFFREY ROY BROOKS,                   :        CASE NO. 14-10183-EPK
                                      :
Debtor.                               :

**UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT**

COMES NOW the United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. §586(a), and respectfully moves this Court to enter an order dismissing, or converting to Chapter 7, the above-styled case. As cause therefore, the United States Trustee shows as follows.

1. The Debtor filed a voluntary Chapter 11 petition on January 6, 2014.

2. The Debtor has gone through two law firms and is currently appearing in this case *pro se*.

3. The Debtor's most recent schedules reflect no real property, personal property of $192,561, no secured claims, priority unsecured claims of $360,000 and general unsecured claims of $6,715,782.

4. The Debtor filed a Case Management Summary on January 30, 2014. According to the Debtor, he operates a horse breeding and racing business, located in Oley, PA.

5. A majority of the debt relates to loans and legal fees related to the criminal conviction of the Debtor's brother.

6. The Debtor has not filed monthly operating reports for May, June, July, August and

1

September 2014.

7. The Debtor has not paid U.S. Trustee's fees.  Until the Debtor files the monthly reports, the U.S. Trustee cannot determine the amount of fees due.  The current estimated U.S. Trustee's fees that are outstanding are $650.00.

8. The Debtor filed a plan and disclosure statement on June 13, 2014.  The hearing on the disclosure statement was held on July 24, 2014.

9. Debtor's counsel sought permission to withdraw as counsel, which the Court also heard on July 24, 2014.

10. At the July 24, 2014 hearing, the Court granted counsel permission to withdraw.  The Court further denied approval of the pending disclosure statement and entered an order requiring the Debtor to file a new plan and disclosure statement on or before October 22, 2014.

11. A review of the docket indicates that no activity has occurred since July 24, 2014.

12. The Debtor has not filed a new plan and disclosure statement.

13. Section 1112(b)(1) provides that, absent unusual circumstances, the Court shall dismiss or convert a case to Chapter 7 if the movant establishes cause.  Section 1112(b)(4) provides a list of causes that would meet the requirements of 11 U.S.C. §1112(b)(1).

14. Without monthly operating reports, it appears that the Debtor has no means to reorganize.  Pursuant to 11 U.S.C. §1112(b)(4)(A), the continuing loss to or diminution of the estate and an absence of a reasonable likelihood of rehabilitation.

15. The Debtor's unexcused absence to timely file monthly operating reports is cause for dismissal or conversion pursuant to 11 U.S.C. §1112(b)(4)(F).

16. The Debtor's failure to pay U.S. Trustee's fees is cause for dismissal or conversion pursuant to 11 U.S.C. §1112(b)(4)(K).

17. The Debtor's failure to file a new disclosure statement and plan within the time fixed by the Court is cause for dismissal or conversion pursuant to 11 U.S.C. 1112(b)(4)(J).

18. The U.S. Trustee submits that the Debtor's delay in moving this case toward reorganization can be construed to be gross mismanagement of the estate, cause for dismissal or conversation pursuant to 11 U.S.C. §1112(b)(4)(B).

19. The U.S. Trustee submits that is not in the best interest of this estate and its creditors to remain in Chapter 11.

WHEREFORE, the United States Trustee respectfully request this Court enter an Order dismissing or converting this case to Chapter 7 and granting any other or further relief the Court deems just and appropriate, including setting a deadline by which a plan and disclosure statement should be filed.

GUY G. GEBHARDT
Acting United States Trustee

/s/
HEIDI A. FEINMAN
Trial Attorney
Florida Bar No. 0879460

Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130 (305) 536-7285

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT** was electronically filed with the Court using the CM/ECF system**,** which sent notification to all parties of interest participating in the CM/ECF system and via U.S. Mail, First Class to the following parties:

- Robert P. Charbonneau     rpc@ecccounsel.com,  nsocorro@ecclegal.com; bankruptcy@ecclegal.com
- Maureen Donlan             maureen.donlan@usdoj.gov,  Elda.Louis-Charles@usdoj.gov
- Richard W Levitt            rlevitt@landklaw.com
- Matthew A Petrie            map@ecclegal.com,  nsocorro@ecclegal.com; bankruptcy@ecclegal.com
- Matthew N Tobias           mtobias@ganfershore.com

John H. Bae
666 Third Avenue
New York, NY 10017

Edward L Berger
1760 Market St #608
Philadelphia, PA 19103

Dean Solomon
40 Fulton St 23 Floor
New York, NY 10038

Kaitlin R. Walsh
666 Third Avenue
New York, NY 10017

Jeffrey Roy Brooks
6048 Oley Turnpike Rd
Oley, PA 19547

I hereby certify that I am admitted to the Bar of the State of Florida and the I am excepted from additional qualifications to practice in this Court pursuant to Local Rule 9011-4 pertaining to  attorneys representing the United States government.

DONE this the 27th day of October, 2014.

                        /s/
                HEIDI A. FEINMAN
                Trial Attorney