IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 14-10183-EPK |
| | ) | |
| JEFFREY ROY BROOKS, | ) | CHAPTER 11 |
| Debtor. | ) | |

## UNITED STATES' MOTION TO DISMISS OR CONVERT

COMES NOW the United States by and through the undersigned Assistant United States Attorney, on behalf of the Internal Revenue Service (IRS), respectfully files its motion to dismiss or convert to Chapter 7. As cause therefore, the United States submits the following:

1. The Debtor filed a voluntary Chapter 11 petition on January 6, 2014.

2. The Debtor's most recent schedules reflect no real property, personal property of $192,561, no secured claims, priority unsecured claims of $360,000 and general unsecured claims of $6,715,782.

3. The Debtor filed a Case Management Summary on January 30, 2014. According to the Debtor, he operates a horse breeding and racing business, located in Oley, Pennsylvania.

4. A majority of the debt relates to loans and legal fees related to the criminal conviction of the Debtor's brother.

5. The Debtor has not filed monthly operating reports for May, June, July, August and September, 2014.

6. On July 24, 2014, the Court granted Debtor's counsel permission to withdraw. Debtor's newly appointed counsel filed a Notice of Appearance on October 29, 2014.

7. At the July 24, 2014 hearing, the Court denied approval of the pending disclosure statement and entered an order requiring the Debtor to file a new plan and disclosure statement on or before October 22, 2014.

8. The Debtor has not filed a new plan and disclosure statement.

9. On January 30, 2014, the Internal Revenue Service (IRS) filed its Claim no. 1-1 which reflects a secured amount of $45,307.46; priority amount of $473,569.44; and unsecured amount of $213,903.36.  Debtor has filed no plan which includes this outstanding debt, as set forth in IRS Claim no. 1-1.  As well, Debtor has not filed his tax return for 2013.

10. Section 1112(b)(1) provides that, absent unusual circumstances, the Court shall dismiss or convert a case to Chapter 7 if the movant establishes cause.  Section 1112(b)(4) provides a list of causes that would meet the requirement of 11 U.S.C. §1112(b)(1).

11. Without monthly operating reports, it appears that the Debtor has no means to reorganize.  Pursuant to 11 U.S.C. §1112(b)(4)(A), the continuing loss to or diminution of the estate and an absence of a reasonable likelihood of rehabilitation.

12. The Debtor's unexcused absence to timely file monthly operating reports is cause for dismissal or conversion pursuant to 11 U.S.C. §1112(b)(4)(F).

13. The Debtor's failure to file a new disclosure statement and plan within the time fixed by the Court is cause for dismissal or conversion pursuant to 11 U.S.C. §1112(b)(4)(J).

14. The United States joins the Trustee and submits that the Debtor's delay in moving this case toward reorganization can be construed to be gross mismanagement of the estate, cause for dismissal or conversion pursuant to 11 U.S.C. §1112(b)(4)(B).

15. The United States submits that it is not in the best interest of the United States to remain in Chapter 11.

WHEREFORE, the United States respectfully request this Court enter an Order dismissing or converting this case to Chapter 7 and granting any other or further relief the Court deems just and appropriate, including setting a deadline by which a plan and disclosure statement should be filed.

Dated: November 17, 2014                    Respectfully submitted,

                **WIFREDO A. FERRER**
                **UNITED STATES ATTORNEY**

           By: *s/Karin D. Wherry*
              KARIN D. WHERRY (Florida Bar No. 509530)
              Assistant United States Attorney
              E-Mail:  Karin.Wherry@usdoj.gov
              United States Attorney's Office
              99 NE 4th Street, Suite 300
              Miami, Florida 33132
              Telephone: (305) 961-9016
              Fax: (305) 530-7139
              *Attorney for the United States of America*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 17, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document has been served electronically via the Court's CM/ECF system upon the parties who are currently on the list to receive notice/service for this case.

                                              *s/Karin D. Wherry*
                                              Karin D. Wherry
                                              Assistant United States Attorney