### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division
### www.flsb.uscourts.gov

In re:

**JEFFREY ROY BROOKS,**

Case No.: 14-10183-EPK

**Debtor.**

Chapter 11

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (INDIVIDUAL)

FOR THE PERIOD

FROM May 1, 2014        TO May 31, 2014

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.


 /s/ David Lloyd Merrill

Jeffrey Roy Brooks
6048 Oley Turnpike Road
Oley, P.A. 19547-8960

David Lloyd Merrill, Esq.
OZMENT MERRILL
2001 Palm Beach Lakes Blvd, Suite 410
West Palm Beach, FL 33409
+1.561.689.6789

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: JEFFREY ROY BROOKS |
| Case Number: 14-10183-EPK |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month May-14 | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 1,285.52 | |
| CASH- Beginning of Month (Business) | | |
| | | |
| Total Household Receipts | 33,781.09 | 34,941.71 |
| Total Business Receipts | 0.00 | 0.00 |
| Total Receipts | 33,781.09 | 34,941.71 |
| | | |
| Total Household Disbursements | 1,532.77 | 19,046.72 |
| Total Business Disbursements | 0.00 | 0.00 |
| Total Disbursements | 1,532.77 | 19,046.72 |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | 32,248.32 | 15,894.99 |
| | | |
| CASH- End of Month (Individual) | 33,533.84 | |
| CASH- End of Month (Business) | 0.00 | 0.00 |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 1,532.77 | 19,046.72 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | 0.00 | 0.00 |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 1,532.77 | 19,046.72 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___19___ day of _____Nov_____ 20_14_.

_____
Debtor's Signature

Monthly Operating Report - Indivdual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month May-14 | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | 1,285.52 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 500.00 | 1,150.00 |
| Wages from Other Sources (attach list to this report) | 0.00 | 0.00 |
| Interest or Dividend Income | 0.00 | 0.00 |
| Alimony or Child Support | 0.00 | 0.00 |
| Social Security/Pension/Retirement | 0.00 | 0.00 |
| Sale of Household Assets (attach list to this report) | 0.00 | 0.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) | 0.00 | 0.00 |
| Refunds | 0.00 | 29.95 |
| Other | 33,281.09 | 33,761.76 |
| | | |
| **TOTAL RECEIPTS** | 33,781.09 | 34,941.71 |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | 0.00 | 0.00 |
| Charitable Contributions | 0.00 | 0.00 |
| Gifts | 0.00 | 0.00 |
| Household Expenses/Food/Clothing | 555.08 | 1,268.72 |
| Household Repairs & Maintenance | 0.00 | 38.10 |
| Insurance | 0.00 | 0.00 |
| IRA Contribution | 0.00 | 0.00 |
| Lease/Rent Payments | 0.00 | 0.00 |
| Medical/Dental Payments | 0.00 | 0.00 |
| Mortgage Payment(s) | 0.00 | 0.00 |
| Other Secured Payments | 0.00 | 0.00 |
| Taxes - Personal Property | 0.00 | 0.00 |
| Taxes - Real Estate | 0.00 | 0.00 |
| Taxes Other (attach schedule) | 0.00 | 0.00 |
| Travel & Entertainment | 439.12 | 973.58 |
| Tuition/Education | 0.00 | 0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 0.00 | 129.88 |
| Vehicle Expenses | 0.00 | 0.00 |
| Vehicle Secured Payment(s) | 0.00 | 0.00 |
| U. S. Trustee Quarterly Fees | 0.00 | 0.00 |
| Professional Fees (Legal, Accounting) | 0.00 | 15,000.00 |
| Bank Fees | 7.00 | 85.72 |
| Other (attach schedule) | 531.57 | 1,550.72 |
| | | |
| **Total Household Disbursements** | 1,532.77 | 19,046.72 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | 33,533.84 | |

MONTHLY OPERATING REPORT -
INDIVDUAL                                                                    ATTACHMENT NO. 1

| QUESTIONNAIRE | | |
|---|---|---|
| | YES* | NO |
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | X | |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.
(SEE schedules of disbursements from Bulletproof Enterprises Inc and Farm Consultants Inc).

| INSURANCE INFORMATION | | |
|---|---|---|
| | YES | NO* |
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY     and     CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Vehicle Insurance / Progressive | | | |
| | | | |
| | | | |
| | | | |

X   Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**




Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Bank Hapoalim | Wells Fargo | Cash | |
| Account Number: | 772-362211 | 7538645990 | | |
| Purpose of Account (Business/Personal) | Personal | Personal | | |
| Type of Account (e.g. checking) | Currency (USD) | Checking | | |
| | | | | |
| 1. **Balance per Bank Statement** | 0.00 | 32,964.41 | 569.88 | |
| 2. **ADD:** Deposits not credited (attach list to this report) | 0.00 | 0.00 | 0 | |
| 3. **SUBTRACT:** Outstanding Checks (attach list) | 0.00 | 0.00 | 0 | |
| 4. Other Reconciling Items (attach list to this report) | 0.00 | 0.00 | 0 | |
| 5. **Month End Balance** (Must Agree with Books) | 0.00 | 32,964.41 | 569.88 | |
| TOTAL OF ALL ACCOUNTS | | | | 33,534.29 |
| | | | | |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Bank Hapoalim |
|---|---|
| Account Number | 772-362211 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Currency (USD) |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Wells Fargo |
|---|---|
| Account Number | 7538645990 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Chk Card | 05/05/14 | ExxonMobil | Travel | $49.87 |
| Chk Card | 05/05/14 | Waldbaums | Food | $29.61 |
| Chk Card | 05/06/14 | American Traffic Solutions | Travel | $84.00 |
| | 05/07/14 | Wells Fargo | Monthly Service Fee | $7.00 |
| Chk Card | 05/08/14 | Power Gas | Travel | $50.00 |
| 97 | 05/12/14 | Annie Maiman | Care for Seth Brooks | $500.00 |
| Chk Card | 05/13/14 | Whole Foods Market | Food | $11.97 |
| Chk Card | 05/14/14 | ExxonMobil | Travel | $64.13 |
| Chk Card | 05/14/14 | Holiday Farms | Food | $18.43 |
| Chk Card | 05/15/14 | Kotobuki | Food | $21.00 |
| Chk Card | 05/19/14 | Post Avenue Booter | Shoe Repair | $35.00 |
| Chk Card | 05/19/14 | Imperial Cleaners | Dry Cleaning | $93.50 |
| Chk Card | 05/19/14 | Kitchen Kabaret | Food | $19.19 |
| Chk Card | 05/19/14 | Kitchen Kabaret | Food | $15.87 |
| Chk Card | 05/19/14 | Whole Foods Market | Food | $55.74 |
| Chk Card | 05/19/14 | Whole Foods Market | Food | $11.76 |
| Chk Card | 05/19/14 | NYC DOT Metered Parking | Travel | $3.50 |
| Chk Card | 05/20/14 | Whole Foods Market | Food | $10.90 |
| Chk Card | 05/23/14 | Sunoco | Travel | $45.31 |
| Chk Card | 05/27/14 | Kitchen Kabaret | Food | $13.01 |
| Chk Card | 05/27/14 | ExxonMobil | Travel | $41.67 |
| Chk Card | 05/27/14 | Hu Kitchen | Food | $26.75 |
| Chk Card | 05/27/14 | Graces Marketplace | Food | $39.76 |
| Chk Card | 05/27/14 | Apple Store | Equipment | $31.57 |
| Chk Card | 05/27/14 | Whole Foods Market | Food | $11.59 |
| Chk Card | 05/27/14 | Second Avenue Service | Travel | $19.97 |
| Chk Card | 05/27/14 | ExxonMobil | Travel | $54.72 |
| Chk Card | 05/28/14 | NYC DOT Metered Parking | Travel | $3.50 |
| Chk Card | 05/28/14 | Graces Marketplace | Food | $30.75 |
| Chk Card | 05/29/14 | Kitchen Kabaret | Food | $17.63 |
| Chk Card | 05/29/14 | Whole Foods Market | Food | $19.62 |
| Chk Card | 05/29/14 | Whole Foods Market | Food | $17.72 |
| Chk Card | 05/30/14 | Post Avenue Booter | Shoe Repair | $46.50 |
| Chk Card | 05/30/14 | NYC DOT Metered Parking | Travel | $1.00 |
| Chk Card | 05/30/14 | ExxonMobil | Travel | $21.45 |
| Chk Card | 05/30/14 | Dean Deluca | Food | $8.78 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $1,532.77 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3B**

## CASH DISBURSEMENTS DETAILS - BUSINESS

| Name of Business | Bulletproof Enterprises Inc |
|---|---|
| Name of Bank | Santander Bank |
| Account Number | 601118871 |
| Purpose of Account (Business) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Chk Card | 05/19/14 | Lalique | Cologne | 125.21 |
| Chk Card | 05/19/14 | Western Union | Commissary | 309.95 |
| Chk Card | 05/19/14 | Hallmark E-Cards | Cards | 12.00 |
| Chk Card | 05/20/14 | Apple Itunes | Entertainment | 0.99 |
| Chk Card | 05/20/14 | Center Cuts | Food | 10.89 |
| Chk Card | 05/20/14 | Shell Oil | Travel | 50.30 |
| Chk Card | 05/21/14 | Holiday Farms | Food | 21.61 |
| Chk Card | 05/23/14 | Kitchen Kabaret | Food | 31.62 |
| Chk Card | 05/23/14 | (Gas Station) | Travel | 54.88 |
| Chk Card | 05/28/14 | Apple Itunes | Entertainment | 12.99 |
| | | | TOTAL | 630.44 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - BUSINESS

| | |
|---|---|
| **Name of Business** | Farm Consultants Inc |
| **Name of Bank** | Santander Bank |
| **Account Number** | 1681808471 |
| **Purpose of Account (Business)** | Operating |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| Chk Card | 05/01/14 | B&L Gas | Travel | 68.29 |
| Chk Card | 05/08/14 | ExxonMobil | Travel | 51.36 |
| Chk Card | 05/08/14 | Wall St Journal | Publication | 26.99 |
| 1030 | 05/12/14 | Annie Maiman | Care for Seth Brooks | 500.00 |
| Chk Card | 05/15/14 | Graces Marketplace | Food | 12.16 |
| | 05/19/14 | Withdrawal | Withdrawal | 500.00 |
| Chk Card | 05/19/14 | AutoZone | Vehicle Expense | 158.95 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 1,317.75 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 4**

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month May-14 |
|---|---|---|
| Accounts Receivable Beginning Balance | 0 | 0 |
| Plus: Billings During the Month | 0 | 0 |
| Less: Collections During the Month | 0 | 0 |
| Adjustments or WriteOffs* | 0 | 0 |
| Accounts Receivable Ending Balance** | 0 | 0 |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month May-14 |
|---|---|---|
| 0 - 30 Days | 0 | 0 |
| 31 - 60 Days | 0 | 0 |
| 61 - 90 Days | 0 | 0 |
| Over 90 Days | 0 | 0 |
| | | |
| Total Accounts Receivable** | 0 | 0 |

\* **Attach explanation of any adjustment or writeoff.**

\*\* **The "current month" of these two lines must equal.**

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | 0 | 0 |
| FICA - Employee | 0 | 0 |
| FICA - Employer | 0 | 0 |
| Unemployment | 0 | 0 |
| Income | 0 | 0 |
| Other (Attach List) | 0 | 0 |
| **Total Federal Taxes** | 0 | 0 |
| | | |
| **State & Local Taxes** | | |
| Withholding | 0 | 0 |
| Sales | 0 | 0 |
| Unemployment | 0 | 0 |
| Real Property | 0 | 0 |
| Personal Property | 0 | 0 |
| Other (Attach List) | 0 | 0 |
| **Total State & Local Taxes** | 0 | 0 |
| **Total Post-Petition Taxes** | 0 | 0 |

\* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\* Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 5**

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | Mar-14 | Apr-14 | May-14 |
| Accounts Payable Beginning Balance* | 0 | 0 | 0 |
| Plus:  New Indebtedness During the Month | 0 | 0 | 0 |
| Less: Amount Paid on Acct. Payables in Month | 0 | 0 | 0 |
| Adjustments or WriteOffs** | 0 | 0 | 0 |
| Accounts Payable Ending Balance | 0 | 0 | 0 |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# Wells Fargo Value<sup>SM</sup> Checking

Account number:    5990    ■ April 8, 2014 - May 7, 2014    ■ Page 1 of 4



JEFFREY R BROOKS
DEBTOR IN POSSESSION
CH 11 CASE 14-10183 SFL
800 S OCEAN BLVD APT 406
BOCA RATON FL 33432-6366

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | | |
|---|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☐ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Considering buying your first or next home?**
Whether you're just in the planning stage or you've already started looking for a home, give us a call at 1-866-582-1253 and we'll help guide you through the process.

## Activity summary

| | |
|---|---|
| Beginning balance on 4/8 | $17,070.34 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 16,025.18 |
| **Ending balance on 5/7** | **$1,045.16** |

Account number:    5990
**JEFFREY R BROOKS**
**DEBTOR IN POSSESSION**
**CH 11 CASE 14-10183 SFL**
*Florida account terms and conditions apply*
For Direct Deposit use
Routing Number (RTN):  063107513

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number:    5990  ■  April 8, 2014 - May 7, 2014  ■  Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 4/8 | | Check Crd Purchase 04/06 Khim's Millennium Brooklyn NY 473702xxxxxx1332 384096517596216 ?McC=5411 | | 40.34 | 17,030.00 |
| 4/9 | | POS Purchase - 04/09 Mach ID 000000 Exxonmobil POS Long Beach NY 1332 00000000085337021 ?McC=5542 | | 60.22 | 16,969.78 |
| 4/11 | | POS Purchase - 04/11 Mach ID 000000 Exxonmobil POS Roslyn Heightny 1332 00000000357612609 ?McC=5542 | | 70.18 | 16,899.60 |
| 4/14 | | Check Crd Purchase 04/11 Delta Air 006235 Delta.Com CA 473702xxxxxx1332 384101683793599 ?McC=3058 | | 5.00 | |
| 4/14 | | POS Purchase - 04/12 Mach ID 000000 Whole Foods Mark 1400 Boca Raton FL 1332 00304102591501150 ?McC=5411 | | 22.91 | |
| 4/14 | | Check Crd Purchase 04/13 Vzwrlss*Ivr Vn 800-922-0204 NJ 473702xxxxxx1332 464102409467321 ?McC=4814 | | 129.88 | |
| 4/14 | 96 | Check | | 15,000.00 | 1,741.81 |
| 4/15 | | Check Crd Purchase 04/14 Alamo Rent-A-Car W Palm Beach FL 473702xxxxxx1332 164102546712153 ?McC=3387 | | 144.75 | |
| 4/15 | | Check Crd Purchase 04/14 Delta Air 006214 West Palm FL 473702xxxxxx1332 304104803747151 ?McC=3058 | | 50.00 | 1,547.06 |
| 4/17 | | Check Crd Purchase 04/16 Little Laptop Shop 212-674-3111 NY 473702xxxxxx1332 304106660044182 ?McC=5734 | | 38.10 | 1,508.96 |
| 4/18 | | POS Purchase - 04/18 Mach ID 000000 Grace S Marketplace Greenvale NY 1332 00384108677657376 ?McC=5411 | | 28.58 | |
| 4/18 | | POS Purchase - 04/18 Mach ID 000000 Shell Service Station Roslyn Heightny 1332 00304108804316563 ?McC=5542 | | 52.96 | |
| 4/18 | | POS Purchase - 04/18 Mach ID 000000 Holiday Farms Key Roslyn Heightny 1332 00384108809361758 ?McC=5411 | | 12.31 | 1,415.11 |
| 4/21 | | POS Purchase - 04/19 Mach ID 000000 Grace S Marketplace Greenvale NY 1332 00461109739351552 ?McC=5411 | | 34.45 | |
| 4/21 | | POS Purchase - 04/20 Mach ID 000000 Whole Foods Mark 429 N Jericho NY 1332 00384110607152056 ?McC=5411 | | 25.12 | 1,355.54 |
| 4/28 | | POS Purchase - 04/26 Mach ID 000000 Grace S Marketplace Greenvale NY 1332 00384116808535970 ?McC=5411 | | 13.90 | |
| 4/28 | | POS Purchase - 04/27 Mach ID 000000 Grace S Marketplace Greenvale NY 1332 00384117665059687 ?McC=5411 | | 10.11 | |
| 4/28 | | POS Purchase - 04/28 Mach ID 000000 Shell Service Station Roslyn Heightny 1332 00464118822456051 ?McC=5542 | | 60.00 | 1,271.53 |
| 4/29 | | Check Crd Purchase 04/27 The Health Nuts New York NY 473702xxxxxx1332 304117851798080 ?McC=5499 | | 55.89 | 1,215.64 |
| 5/5 | | POS Purchase - 05/05 Mach ID 000000 Exxonmobil POS Long Beach NY 1332 00000000831207623 ?McC=5542 | | 49.87 | |
| 5/5 | | POS Purchase - 05/05 Mach ID 000000 Waldbaum S 706 Long Beach NY 1332 00000000845852195 ?McC=5411 | | 29.61 | 1,136.16 |
| 5/6 | | Check Crd Purchase 05/05 Nassau Cnty Photot 866-7904111 AZ 473702xxxxxx1332 464125469266613 ?McC=9222 | | 84.00 | 1,052.16 |
| 5/7 | | Monthly Service Fee | | 7.00 | 1,045.16 |
| Ending balance on 5/7 | | | | | 1,045.16 |
| Totals | | | $0.00 | $16,025.18 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|------|------|------|
| 96 | 4/14 | 15,000.00 |

Account number:    *5990  ■  April 8, 2014 - May 7, 2014  ■  Page 3 of 4



**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 04/08/2014 - 05/07/2014 | Standard monthly service fee $9.00 | You paid $7.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| Minimum daily balance | $1,500.00 | $1,052.16  ☐ |
| Total amount of qualifying direct deposits | $500.00 | $0.00  ☐ |
| **Monthly service fee discount(s)** *(applied when box is checked)* | | |
| Online only statements ($2.00 discount) | ☑ | |
| VC/VC | | |

**Is your family ready for college?**

If you could use some extra help planning and preparing financially for college, we can help.
Get ready for college at wellsfargomedia.com/GetCollegeReady, or schedule an appointment to speak with a local banker at wellsfargo.com/appointments.

Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.

Account number:    5990    ■   April 8, 2014 - May 7, 2014   ■   Page 4 of 4



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.    $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total** | $ |  |

+ $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount | |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total** | $ |  |

- $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   1. Tell us your name and account number (if any).
   2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
   3. Tell us the dollar amount of the suspected error.

   We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance® service**

   If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

   In your letter, give us the following information:

   1. Your name and account number
   2. The dollar amount of the suspected error
   3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

   You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.



The following provisions are being added to the Consumer Account Agreement and the Wells Fargo EasyPay Card Terms and Conditions (each, an "Agreement") to clarify the use of a Card through a mobile device.

**Using your Card through a Mobile Device**

If you make Card transactions through a Mobile Device, the terms of the Agreement apply with the same effect and coverage, including (i) any limitations the Bank places on the frequency or dollar amount of your Card transactions and (ii) your rights and responsibilities for unauthorized transactions.

As used in this Agreement, "Mobile Device" means a smartphone, tablet, or any other hand held or wearable communication device that allows you to electronically store or electronically present your Card or Card number ("Electronic Card Information") and use that Electronic Card Information to make Card transactions. The words "we," "us," "our," and "Bank" refer to Wells Fargo Bank, N.A.

1. Securing your Mobile Device. If you use your Card through a Mobile Device, you should secure the Mobile Device the same as you would your cash, checks, credit cards, and other valuable information. The Bank encourages you to password protect or lock your Mobile Device to help prevent an unauthorized person from using it. Please notify us promptly if your Mobile Device containing Electronic Card Information is lost or stolen. You may contact us at 1-800-869-3557.

2. Mobile carrier fees. Please note that your mobile carrier may charge you message and data rates, or other fees, when you use your Card through a Mobile Device.

3. Data sharing and transmission. Card transactions made through a Mobile Device may involve the electronic transmission of your Card information across wireless and computer networks. Third parties, such as merchants, card association networks, mobile carriers, mobile wallet operators, mobile device manufacturers, and software application providers may use and receive Electronic Card Information in connection with your Card transaction. Third parties may also receive information about your Mobile Device when you use it to make a Card transaction. When you use your Card through a Mobile Device, information about your Mobile Device may be transmitted to us.

4. Termination of mobile use. The Bank may, at any time, partially or fully restrict your ability to make Card transactions through a Mobile Device. If you want to remove Electronic Card Information from your Mobile Device, please contact us at 1-800-869-3557.

5. Debit card overdraft service. A Card transaction made through a Mobile Device is a one-time debit card transaction. To the extent that you are using your consumer debit card through a Mobile Device and have added Debit Card Overdraft Service to your Account (if eligible for this service), this election also applies to transactions made through your Mobile Device. Any resulting overdrafts are subject to an overdraft fee as provided for in the Agreement and the Consumer Account Fee and Information Schedule.

# Wells Fargo Value<sup>SM</sup> Checking

Account number:      5990  ■  May 8, 2014 - June 6, 2014  ■  Page 1 of 6



JEFFREY R BROOKS
DEBTOR IN POSSESSION
CH 11 CASE 14-10183 SFL
6048 OLEY TURNPIKE RD
OLEY PA 19547-8960

## Questions?

Available by phone 24 hours a day, 7 days a week:
**1-800-TO-WELLS**   (1-800-869-3557)

TTY: 1-800-877-4833
En español: 1-877-727-2932

華語  1-800-288-2288   (6 am to 7 pm PT, M-F)

Online: wellsfargo.com

Write: Wells Fargo Bank, N.A. (287)
       P.O. Box 6995
       Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.

| Service | | Service | |
|---|---|---|---|
| Online Banking | ☑ | Direct Deposit | ☐ |
| Online Bill Pay | ☑ | Auto Transfer/Payment | ☐ |
| Online Statements | ☑ | Overdraft Protection | ☐ |
| Mobile Banking | ☑ | Debit Card | ☑ |
| My Spending Report | ☑ | Overdraft Service | ☐ |

**Other Wells Fargo Benefits**

**Find the right borrowing options for your opportunity**

Whether you need to pay for college, renovate your home, or buy a new car, we can help. Wells Fargo has the information you need to better understand your credit, and the borrowing options that can help you make the most of your opportunities:

- Student Loans
- Home Equity Loans or Lines of Credit
- Personal Loans or Lines of Credit
- Credit Cards
- Auto Loans

Learn more today at wellsfargo.com/creditopportunities.

Account number:    5990    ■ May 8, 2014 - June 6, 2014 ■ Page 2 of 6



## Activity summary

| | |
|---|---|
| Beginning balance on 5/8 | $1,045.16 |
| Deposits/Additions | 48,781.09 |
| Withdrawals/Subtractions | - 2,033.51 |
| **Ending balance on 6/6** | **$47,792.74** |

Account number:    **5990**

**JEFFREY R BROOKS**
**DEBTOR IN POSSESSION**
**CH 11 CASE 14-10183 SFL**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 063107513

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/8 | | Check Crd Purchase 05/07 Power Gas Jersey City NJ 473702xxxxxx1332 304127007281477 ?McC=5542 | | 50.00 | 995.16 |
| 5/12 | 97 | Check | | 500.00 | 495.16 |
| 5/13 | | POS Purchase - 05/13 Mach ID 000000 Whole Foods Mark 95 Ea New York NY 1332 00304133653913392 ?McC=5411 | | 11.97 | 483.19 |
| 5/14 | | POS Purchase - 05/14 Mach ID 000000 Exxonmobil POS Long Beach NY 1332 00000000142937142 ?McC=5542 | | 64.13 | |
| 5/14 | | POS Purchase - 05/14 Mach ID 000000 Holiday Farms Key Roslyn Heightny 1332 00584134821150441 ?McC=5411 | | 18.43 | 400.63 |
| 5/15 | | Check Crd Purchase 05/13 Kotobuki Restauran Roslyn NY 473702xxxxxx1332 584134064671081 ?McC=5812 | | 21.00 | 379.63 |
| 5/19 | | Check Crd Purchase 05/15 Post Avenue Booter Westbury NY 473702xxxxxx1332 304135505226672 ?McC=5661 | | 35.00 | |
| 5/19 | | Check Crd Purchase 05/16 Imperial Cleaners Roslyn Height NY 473702xxxxxx1332 464136493079752 ?McC=7216 | | 93.50 | |
| 5/19 | | Check Crd Purchase 05/16 Kitchen Kabaret Roslyn Hts NY 473702xxxxxx1332 084136497623343 ?McC=5499 | | 19.19 | |
| 5/19 | | Check Crd Purchase 05/16 Kitchen Kabaret Roslyn Hts NY 473702xxxxxx1332 004138669267472 ?McC=5499 | | 15.87 | |
| 5/19 | | POS Purchase - 05/16 Mach ID 000000 Whole Foods Mark 429 N Jericho NY 1332 00464137056409633 ?McC=5411 | | 55.74 | |
| 5/19 | | POS Purchase - 05/17 Mach ID 000000 Whole Foods Mark 95 Ea New York NY 1332 00384137601257724 ?McC=5411 | | 11.76 | |
| 5/19 | | Check Crd Purchase 05/17 Nycdot Parking Met Long Is City NY 473702xxxxxx1332 464137699345602 ?McC=7523 | | 3.50 | 145.07 |
| 5/20 | | POS Purchase - 05/20 Mach ID 000000 Whole Foods Mark 95 Ea New York NY 1332 00304141027915846 ?McC=5411 | | 10.90 | 134.17 |
| 5/21 | | Deposit Made In A Branch/Store | 33,281.09 | | 33,415.26 |
| 5/23 | | POS Purchase - 05/22 Mach ID 000000 Sunoco 0790152300 Cedarhurst NY 1332 00384143132616981 ?McC=5542 | | 45.31 | 33,369.95 |
| 5/27 | | Check Crd Purchase 05/23 Kitchen Kabaret Roslyn Hts NY 473702xxxxxx1332 584143675816920 ?McC=5499 | | 13.01 | |
| 5/27 | | POS Purchase - 05/24 Mach ID 000000 Exxonmobil POS Port Jervis NY 1332 00000000456084225 ?McC=5542 | | 41.67 | |
| 5/27 | | Check Crd Purchase 05/24 Hu Kitchen New York NY 473702xxxxxx1332 384144508322281 ?McC=5812 | | 26.75 | |
| 5/27 | | Check Crd Purchase 05/25 Graces Marketplace Greenvale NY 473702xxxxxx1332 464145495030881 ?McC=5499 | | 39.76 | |
| 5/27 | | Check Crd Purchase 05/25 Apple Store #R095 New York NY 473702xxxxxx1332 384145750498379 ?McC=5732 | | 31.57 | |
| 5/27 | | POS Purchase - 05/26 Mach ID 000000 Whole Foods Mark 95 Ea New York NY 1332 00464146474313321 ?McC=5411 | | 11.59 | |

Account number:  **5990**  ■  May 8, 2014 - June 6, 2014  ■  Page 3 of 6



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 5/27 | | POS Purchase - 05/26 Mach ID 000000 Second Avenue Servic New York NY 1332 00464147018226609 ?McC=5542 | | 19.97 | |
| 5/27 | | POS Purchase - 05/26 Mach ID 000000 Exxonmobil POS Roslyn Heightny 1332 00000000831691445 ?McC=5411 | | 54.72 | 33,130.91 |
| 5/28 | | Check Crd Purchase 05/27 Nycdot Metered Par Long Is City NY 473702xxxxxx1332 464147432668691 ?McC=7523 | | 3.50 | |
| 5/28 | | POS Purchase - 05/28 Mach ID 000000 Grace S Marketplace Greenvale NY 1332 00304148633869944 ?McC=5411 | | 30.75 | 33,096.66 |
| 5/29 | | Check Crd Purchase 05/28 Kitchen Kabaret Roslyn Hts NY 473702xxxxxx1332 384149012150340 ?McC=5499 | | 17.63 | |
| 5/29 | | POS Purchase - 05/29 Mach ID 000000 Whole Foods Mark 95 Ea New York NY 1332 00304149756758206 ?McC=5411 | | 19.62 | |
| 5/29 | | POS Purchase - 05/29 Mach ID 000000 Whole Foods Mark 95 Ea New York NY 1332 00384149766087601 ?McC=5411 | | 17.27 | 33,042.14 |
| 5/30 | | Check Crd Purchase 05/28 Post Avenue Booter Westbury NY 473702xxxxxx1332 384148513220723 ?McC=5661 | | 46.50 | |
| 5/30 | | Check Crd Purchase 05/29 Nycdot Parking Met Long Is City NY 473702xxxxxx1332 304149560123500 ?McC=7523 | | 1.00 | |
| 5/30 | | POS Purchase - 05/30 Mach ID 000000 Exxonmobil POS Brooklyn NY 1332 00000000044213934 ?McC=5542 | | 21.45 | |
| 5/30 | | POS Purchase - 05/30 Mach ID 000000 Dean Deluca 10 1150 M New York NY 1332 00384150676776536 ?McC=5814 | | 8.78 | 32,964.41 |
| 6/2 | | Check Crd Purchase 05/29 Think Coffee New York NY 473702xxxxxx1332 084149405624078 ?McC=5814 | | 6.56 | |
| 6/2 | | Check Crd Purchase 05/29 Imperial Cleaners Roslyn Height NY 473702xxxxxx1332 464149803240354 ?McC=7216 | | 25.00 | |
| 6/2 | | Check Crd Purchase 05/30 Starbucks #07497 N New York NY 473702xxxxxx1332 464150483287119 ?McC=5814 | | 7.19 | |
| 6/2 | | Check Crd Purchase 05/30 Nycdot Parking Met Long Is City NY 473702xxxxxx1332 384150648268948 ?McC=7523 | | 3.50 | |
| 6/2 | | Check Crd Purchase 05/31 Europa Cafe New York NY 473702xxxxxx1332 584151689852272 ?McC=5814 | | 7.34 | |
| 6/2 | | Check Crd Purchase 05/31 The Health Nuts New York NY 473702xxxxxx1332 384151763777753 ?McC=5499 | | 92.10 | |
| 6/2 | | Check Crd Purchase 05/31 The Health Nuts New York NY 473702xxxxxx1332 384151764649567 ?McC=5499 | | 56.39 | |
| 6/2 | | POS Purchase - 06/02 Mach ID 000000 USPS 3590800568 Old Westbury NY 1332 00000000254858637 ?McC=9402 | | 16.95 | |
| 6/2 | | POS Purchase - 06/02 Mach ID 000000 Holiday Farms Key Roslyn Heightny 1332 00464153812174336 ?McC=5411 | | 29.16 | 32,720.22 |
| 6/3 | | Check Crd Purchase 06/02 Kitchen Kabaret Roslyn Hts NY 473702xxxxxx1332 304153653028102 ?McC=5499 | | 13.01 | |
| 6/3 | | POS Purchase - 06/03 Mach ID 000000 Holiday Farms Key Roslyn Heightny 1332 00464154804310045 ?McC=5411 | | 29.90 | 32,677.31 |
| 6/4 | | Check Crd Purchase 06/03 Roslyn Roslyn Height NY 473702xxxxxx1332 584154446450681 ?McC=5542 | | 75.00 | |
| 6/4 | | Check Crd Purchase 06/03 Starbucks #07497 N New York NY 473702xxxxxx1332 464154523864930 ?McC=5814 | | 4.79 | |
| 6/4 | | POS Purchase - 06/04 Mach ID 000000 Exxonmobil POS Long Beach NY 1332 00000000055880142 ?McC=5542 | | 65.26 | |
| 6/4 | | ATM Withdrawal - 06/04 Mach ID 4564A 2499 Jericho Tpke Garden City NY 1332 0005181 | | 100.00 | 32,432.26 |
| 6/5 | | Check Crd Purchase 06/03 Hu Kitchen New York NY 473702xxxxxx1332 584154516347859 ?McC=5812 | | 10.83 | |
| 6/5 | | Check Crd Purchase 06/03 Hu Kitchen New York NY 473702xxxxxx1332 464154516717406 ?McC=5812 | | 3.00 | |
| 6/5 | | Check Crd Purchase 06/03 Hu Kitchen New York NY 473702xxxxxx1332 304154517064882 ?McC=5812 | | 7.90 | |
| 6/5 | | Check Crd Purchase 06/03 Nyc-Taxi Woodside NY 473702xxxxxx1332 384154730528782 ?McC=4121 | | 11.90 | |
| 6/5 | | Check Crd Purchase 06/04 Kitchen Kabaret Roslyn Hts NY 473702xxxxxx1332 384155679780486 ?McC=5499 | | 6.51 | |

Account number:    5990  ▪  May 8, 2014 - June 6, 2014  ▪  Page 4 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------------------|---------------------------|----------------------|
| 6/5 | | Check Crd Purchase 06/04 2ND Ave Deli New York NY 473702xxxxxx1332 584154744919471 ?McC=5812 | | 11.15 | 32,380.97 |
| 6/6 | | Deposit | 15,500.00 | | |
| 6/6 | | Check Crd Purchase 06/04 Greenbay Market Pl Astoria NY 473702xxxxxx1332 004156030111347 ?McC=5411 | | 28.27 | |
| 6/6 | | Check Crd Purchase 06/04 Gleasons Astoria NY 473702xxxxxx1332 584156094383351 ?McC=5812 | | 22.51 | |
| 6/6 | | Check Crd Purchase 06/05 Kitchen Kabaret Roslyn Hts NY 473702xxxxxx1332 304156672009983 ?McC=5499 | | 11.93 | |
| 6/6 | | POS Purchase - 06/06 Mach ID 000000 Grace S Marketplace Greenvale NY 1332 00464157668989742 ?McC=5411 | | 18.52 | |
| 6/6 | | Monthly Service Fee | | 7.00 | 47,792.74 |
| Ending balance on 6/6 | | | | | 47,792.74 |
| Totals | | | $48,781.09 | $2,033.51 | |

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

### Summary of checks written    (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount |
|--------|------|--------|
| 97 | 5/12 | 500.00 |

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/08/2014 - 06/06/2014 | Standard monthly service fee $9.00 | You paid $7.00 |
|---|---|---|
| **How to avoid the monthly service fee** Have any ONE of the following account requirements | Minimum required | This fee period |
| · Minimum daily balance | $1,500.00 | $134.17 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $0.00 ☐ |

**Monthly service fee discount(s)** *(applied when box is checked)*

| Online only statements ($2.00 discount) | ☑ |
|---|---|

VC/VC

## Other Wells Fargo Benefits

## Is your family ready for college?

If you could use some extra help planning and preparing financially for college, we can help.
Get ready for college at wellsfargomedia.com/GetCollegeReady, or schedule an appointment to speak with a local banker at wellsfargo.com/appointments.

☐   Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.

Account number:   5990  ▪ May 8, 2014 - June 6, 2014  ▪ Page 5 of 6



**Other Wells Fargo Benefits**

Upgrade your travel and bring the world within reach with the new Wells Fargo Propel World American Express® Card. Learn more at wellsfargo.com/propelworld

American Express is a federally registered service mark of American Express. This credit card program is issued and administered by Wells Fargo Bank, N.A. pursuant to a license from American Express.

 IMPORTANT ACCOUNT INFORMATION

We want to let you know about a clarification to the Consumer Account Fee and Information Schedule regarding ACH stop payments. Effective April 7, 2014 **the section of the Schedule titled, "Service Fees" the sub section "Stop Payments" is deleted and replaced with the following:**

**Stop Payments:**

To request stop payments online or by phone for paper item (check) or pre-authorized ACH (Automated Clearing House) item, you will need to provide the following:

- **ACH item -**  Company Name, Account Number, ACH Merchant ID and/or Company ID and Amount of item

- **Paper item -**  Name of Payee, Account Number, Paper item number or range of paper item numbers, Paper item date and Amount of item

**Please note the stop payment fee remains unchanged at $31 per item.**



Account number:        5990  ■ May 8, 2014 - June 6, 2014  ■ Page 6 of 6

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance.  Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**  **Enter the ending balance** on this statement.    $ _____

**B**  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total** | **$** | |

+ $ _____

**C**  Add **A** and **B** to calculate the subtotal.    = $ _____

**D**  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | **$** | |

- $ _____

**E**  Subtract **D** from **C** to calculate the adjusted ending balance.  This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.**  You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415.  Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation.  If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ **In case of errors or questions about your Direct Deposit Advance® service**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at Wells Fargo Bank, P. O. Box 6995, Portland, OR 97228-6995 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

1. Your name and account number
2. The dollar amount of the suspected error
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801          Member FDIC.

# The perfect gift for moms, dads, and grads

## Give your loved ones a Wells Fargo Visa Gift Card

Searching for gifts for the moms, dads, and grads in your life? The Wells Fargo Visa® Gift Card is a great choice.[1] Here's why:



- **Convenience:** Purchase online or at any Wells Fargo location
- **Funds never expire:** Can be used at any time in the future
- **Use it anywhere in the U.S.:** At all your favorite participating retailers and service providers — in person, online, or by phone.
- **More choices:** Choose any denomination you want between $25 and $500

To purchase a Wells Fargo Visa Gift Card, go to **wellsfargo.com/giftcard** or visit any Wells Fargo banking location. Do it in time for Mother's Day, Father's Day, and Graduation Day.

[1] Please refer to the Gift Card Customer Agreement for more details about gift cards and applicable fees.

© 2014 Wells Fargo Bank, N.A. All rights reserved. ECG-1178190

 **Wells Fargo Online®**

---

## View Check Copy

| Check Number | Date Posted | Check Amount | Account Number |
|---|---|---|---|
| 97 | 05/12/14 | $500.00 | WELLS FARGO VALUE CHECKING XXXXXX5990 |



📷 Equal Housing Lender

© 1995 - 2014 Wells Fargo. All rights reserved.

**Santander**

Statement Period 05/01/14 TO 05/31/14
Primary Account #:      18871

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm.
and Saturday, 8:00 am to 5:00 pm.
Call us at 1-877-768-1145
www.santanderbank.com

MSBG02AJ150602082608-00007880-002--10 00

BULLETPROOF ENTERPRISES INC
6048 OLEY TURNPIKE RD
OLEY PA 19547

0000
7 0 31

| BUSINESS CHECKING PLUS | Statement Period 05/01/14 - 05/31/14 |
|---|---|

*BULLETPROOF ENTERPRISES INC*                                        Account #      71

### Balances

| Beginning Balance | $215.54 | Ending Balance | $17,964.13 |
|---|---|---|---|
| Deposits/Credits | +$131,134.90 | Average Daily Balance | $4,826 07 |
| Withdrawals/Debits | -$113,386 31 | | |

### Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 3782 | 05/30 | $60,000.00 | 0977348429 | 3835* | 05/23 | $1,000.00 | 0977346630 |

**2 Check(s) Posted = $61,000.00**
An asterisk (*) indicates a skip in sequential check numbers

### Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-01 | **Beginning Balance** | | | $215 54 |
| 05-01 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $50.00 | $165.54 |
| 05-12 | CHK CARD PURCHASE ADOBE SYSTEMS, 800-833-6687 /WA US | | $19 99 | $145 55 |
| 05-14 | FEES FOR ACCOUNT ANALYSIS 04/30/14 | | $15.00 | $130.55 |
| 05-15 | INCOMING WIRE TRANSFER | $1,800 00 | | $1,930 55 |
| 05-16 | BOOK TRANSFER | $1,545.18 | | $3,475.73 |
| 05-19 | CHK CARD PURCHASE LALIQUE NORTH A NEW YORK /NY US | | $125.21 | $3,350 52 |
| 05-19 | CHK CARD PURCHASE WU *0D20635562 800-525-3403 /MO US | | $309.95 | $3,040.57 |
| 05-19 | CHK CARD PURCHASE HALLMARK-ECARDS 888-3006182 /CA US | | $12 00 | $3,028.57 |
| 05-20 | CHK CARD PURCHASE APL*APPLE ITUNE 866-712-7753 /CA US | | $0.99 | $3,027.58 |
| 05-20 | CHK CARD PURCHASE CENTER CUTS ROSLYN HEIGHT /NY US | | $10 89 | $3,016 69 |
| 05-20 | CHK CARD PURCHASE SHELL OIL 57542 LONG ISLAND C /NY US | | $50.30 | $2,966 39 |
| 05-21 | CHK CARD PURCHASE HOLIDAY FARMS-K ROSLYN HEIGH/NY US | | $21 61 | $2,944 78 |
| 05-22 | CHK CARD PURCHASE U S TROTTING AS 06142242291 /OH US | | $50.00 | $2,894.78 |
| 05-22 | CHK CARD PURCHASE JEFFREY M EDELS MANHEIM /PA US | | $114 00 | $2,780 78 |
| 05-23 | CHK CARD PURCHASE KITCHEN KABARET ROSLYN HTS /NY US | | $31.62 | $2,749.16 |
| 05-23 | CHK CARD PURCHASE ROSLYN ROSLYN HEIGHT /NY US | | $54 88 | $2,694 28 |
| 05-23 | CHECK 0D0000003835 | | $1,000.00 | $1,694 28 |
| 05-27 | CHK CARD PURCHASE VZWRLSS*BILL PA FOLSOM /CA US | | $378.88 | $1,315.40 |
| 05-28 | CHK CARD PURCHASE APL*APPLE ITUNE 866-712-7753 /CA US | | $12.99 | $1,302.41 |
| 05-29 | INCOMING WIRE TRANSFER | $127,789 72 | | $129,092.13 |
| 05-29 | WITHDRAWAL | | $50,000.00 | $79,092.13 |
| 05-29 | CHK CARD PURCHASE OLEY VALLEY FEE OLEY /PA US | | $1,128.00 | $77,964.13 |
| 05-30 | CHECK 0D0000003782 | | $60,000.00 | $17,964.13 |
| 05-31 | **Ending Balance** | | | $17,964.13 |



*page 1 of 3*

Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander
Bank, N.A. Santander and its logo are registered trademarks of Banco Santander, S.A. or
its affiliates or subsidiaries in the United States and other countries

**601118871**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN  BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

**Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.**



601118871   # 3782   05/30/14   $60,000 00          601118871   # 3835   05/23/14   $1,000 00





Statement Period 05/01/14 TO 05/31/14
Primary Account #:          8471

For your convenience our Business
Customer Contact Center is available Monday
through Friday, 8:00 am to 6:00 pm
and Saturday, 8:00 am to 5:00 pm
Call us at 1-877-768-1145
www.santanderbank.com

0000
7 0 31

MSBG02AJ130602062435-00008608-002--10 00

**FARM CONSULTANTS, INC.**
**6048 OLNEY TURNPIKE ROAD**
**OLNEY PA 15780**

---

| BUSINESS CHECKING PLUS | Statement Period 05/01/14 - 05/31/14 |
|---|---|

*FARM CONSULTANTS, INC.*

Account #          8471

## Balances

| Beginning Balance | $1,663.97 | Ending Balance | $54,334.98 |
|---|---|---|---|
| Deposits/Credits | +$95,480.67 | Average Daily Balance | $17,986.99 |
| Withdrawals/Debits | $42,809.66 | | |

## Checks Posted

| Check # | Date Paid | Amount | Reference | Check # | Date Paid | Amount | Reference |
|---|---|---|---|---|---|---|---|
| 1029 | 05/12 | $200.00 | 0906829260 | 10345 | 05/21 | $1,380.00 | 0975974730 |
| 1030 | 05/12 | $500.00 | 0970103240 | 10346 | 05/20 | $1,390.00 | 0903772025 |
| 1031 | 05/30 | $2,000.00 | 0972154855 | 10347 | 05/20 | $445.03 | 0975313475 |
| 1043* | 05/20 | $1,380.00 | 0975463110 | 10348 | 05/19 | $1,380.00 | 0902945330 |
| 1044 | 05/21 | $1,650.00 | 0976149925 | 10349 | 05/20 | $1,200.00 | 0975344685 |
| 1047* | 05/27 | $170.00 | 0978756130 | 10350 | 05/22 | $1,380.00 | 0977138060 |
| 1048 | 05/29 | $650.00 | 0970989235 | 10352* | 05/28 | $1,380.00 | 0970347610 |
| 1049 | 05/30 | $1,705.00 | 0971981800 | 10353 | 05/22 | $1,390.00 | 0904979525 |
| 1050 | 05/28 | $800.00 | 0970197305 | 10354 | 05/27 | $347.24 | 0978002670 |
| 1051 | 05/21 | $2,805.00 | 0976465855 | 10355 | 05/22 | $1,380.00 | 0904795335 |
| 1052 | 05/23 | $11,115.00 | 0977301655 | 10356 | 05/27 | $1,200.00 | 0977868370 |
| 10344* | 05/21 | $1,686.51 | 0976343845 | | | | |

**23 Check(s) Posted = $37,533.78**
An asterisk (*) indicates a skip in sequential check numbers

## Account Activity

| Date | Description | Credits | Debits | Balance |
|---|---|---|---|---|
| 05-01 | Beginning Balance | | | $1,663.97 |
| 05-01 | CHK CARD PURCHASE JEFFREY M EDELS MANHEIM /PA US | | $520.00 | $1,143.97 |
| 05-01 | CHK CARD PURCHASE B&L GAS STA ENT BROOKLYN /NY US | | $68.29 | $1,075.68 |
| 05-01 | MONTHLY MAINTENANCE FEE FOR PRIOR PERIOD | | $50.00 | $1,025.68 |
| 05-02 | ADP PAYROLL FEES ADP - FEES140502 2ROUW 1972156 | | $79.21 | $946.47 |
| 05-05 | CHK CARD PURCHASE NTWRK COMMUNICA 06783469300 /GA US | | $529.00 | $417.47 |
| 05-08 | CHK CARD PURCHASE EXXONMOBIL JERSEY C /NJ US | | $51.36 | $366.11 |
| 05-08 | CHK CARD PURCHASE D J*WALL ST JOU 800-568-7625 /MA US | | $26.99 | $339.12 |
| 05-12 | DEPOSIT | $480.67 | | $819.79 |
| 05-12 | CASHED CHECK 000000001029 | | $200.00 | $619.79 |
| 05-12 | CHK CARD PURCHASE SELFSTAKE.COM 07733862660 /IL US | | $10.00 | $609.79 |
| 05-12 | CHECK 000000001030 | | $500.00 | $109.79 |
| 05-15 | DEPOSIT | $45,000.00 | | $45,109.79 |
| 05-15 | CHK CARD PURCHASE GRACE'S MARKET NEW YORK /NY US | | $12.16 | $45,097.63 |
| 05-19 | WITHDRAWAL | | $500.00 | $44,597.63 |
| 05-19 | CHK CARD PURCHASE AutoZone 4718 BROOKLYN /NY US | | $158.95 | $44,438.68 |
| 05-19 | CASHED CHECK 000000010348 | | $1,380.00 | $43,058.68 |
| 05-19 | ADP TX/FINCL SVC ADP - TAX 140519 RIOUW 050209A01 | | $828.71 | $42,229.97 |



*page 1 of 4*



Santander Bank, N.A. is a Member FDIC and a wholly owned subsidiary of Banco Santander, S.A. ©2013 Santander Bank, N.A. Santander and its logo are registered trademarks of Banco Santander, S.A. or its affiliates or subsidiaries in the United States and other countries

## Account Activity (Cont. for Acct# 1    471)

| Date  Description | Credits | Debits | Balance |
|---|---|---|---|
| 05-20 CASHED CHECK 000000010346 | | $1,390.00 | $40,839.97 |
| 05-20 CHECK 000000010347 | | $645.03 | $40,194.94 |
| 05-20 CHECK 000000010349 | | $1,200.00 | $39,194.94 |
| 05-20 CHECK 000000001043 | | $1,380.00 | $37,814.94 |
| 05-21 CHK CARD PURCHASE HSW*HOSTWAY COM 866-4678929 /IL US | | $239.40 | $37,575.54 |
| 05-21 CHK CARD PURCHASE JEROME H RHOADS 717-397-5277 /PA US | | $1,253.81 | $36,321.73 |
| 05-21 CHECK 000000010345 | | $1,380.00 | $34,941.73 |
| 05-21 CHECK 000000001044 | | $1,650.00 | $33,291.73 |
| 05-21 CHECK 000000010344 | | $1,686.51 | $31,605.22 |
| 05-21 CHECK 000000001051 | | $2,805.00 | $28,800.22 |
| 05-22 CASHED CHECK 000000010353 | | $1,390.00 | $27,410.22 |
| 05-22 CASHED CHECK 000000010355 | | $1,380.00 | $26,030.22 |
| 05-22 ADP TX/FINCL SVC ADP - TAX 140522 RIOUW 052110A01 | | $793.42 | $25,236.80 |
| 05-22 CHECK 000000010350 | | $1,380.00 | $23,856.80 |
| 05-23 CHECK 000000001052 | | $11,115.00 | $12,741.80 |
| 05-27 CHECK 000000001047 | | $170.00 | $12,571.80 |
| 05-27 CHECK 000000010354 | | $347.24 | $12,224.56 |
| 05-27 CHECK 000000001056 | | $1,200.00 | $11,024.56 |
| 05-28 CHECK 000000001050 | | $800.00 | $10,224.56 |
| 05-28 CHECK 000000010352 | | $1,380.00 | $8,844.56 |
| 05-29 CASH DEPOSIT | $50,000.00 | | $58,844.56 |
| 05-29 CHECK 000000001048 | | $650.00 | $58,194.56 |
| 05-30 ADP PAYROLL FEES ADP - FEES140530 2ROUW 3878760 | | $154.58 | $58,039.98 |
| 05-30 CHECK 000000001049 | | $1,705.00 | $56,334.98 |
| 05-30 CHECK 000000001031 | | $2,000.00 | $54,334.98 |
| 05-31 Ending Balance | | | $54,334.98 |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS
CALL OUR BUSINESS CUSTOMER CONTACT CENTER AT 1-877-768-1145 OR WRITE TO THE BANK
ATTN: BUSINESS CUSTOMER CONTACT CENTER
Santander Way RI1 EPV 02 23
East Providence, RI 02915

Please contact us if you think your statement or receipt is wrong or if you need additional information about a transfer on the statement or receipt. We must hear from you no later than 30 days after we sent you the FIRST statement on which the error appeared.

1681808471





471  # 1029  05/12/14  $200.00



471  # 1048  05/29/14  $650.00



471  # 1030  05/12/14  $500.00

471  # 1049  05/30/14  $1,705.00



471  # 1031  05/30/14  $2,000.00

471  # 1050  05/28/14  $800.00

471  # 1043  05/20/14  $1,380.00



71  # 1051  05/21/14  $2,805.00



1  08471  # 1044  05/21/14  $1,650.00



71  # 1052  05/23/14  $11,115.00



471  # 1047  05/27/14  $170.00



471  # 10344  05/21/14  $1,686.51

**page 3 of 4**

1681808471



8471  # 10345  05/21/14  $1,380 00



471  # 10352  05/28/14  $1,380 00



8471  # 10346  05/20/14  $1,390 00



3471  # 10353  05/22/14  $1,390 00



8471  # 10347  05/20/14  $445 03



1471  # 10354  05/27/14  $347 24



3471  # 10348  05/19/14  $1,380 00



8471  # 10355  05/22/14  $1,380 00



8471  # 10349  05/20/14  $1,200 00



8471  # 10356  05/27/14  $1,200 00



3471  # 10350  05/22/14  $1,380 00

1681808471

# ACCOUNT ACTIVITY

| MEDALLION® QUALIFICATION MILES (MQMs) | MEDALLION QUALIFICATION SEGMENTS (MQSs) | MEDALLION QUALIFICATION DOLLARS (MQDs) | TOTAL AVAILABLE MILES |
|---|---|---|---|
| CURRENT YTD | CURRENT YTD | CURRENT YTD | U.S. MEMBERS ONLY | |
| 0 | 0 | -- | 333,026 |

POSTED

0 Results

Don't See Your Trip Listed? **Request mileage credit now**
Have a question about miles received for a trip?

We're sorry. No account activity matches your filters. Please try again.



DATE RANGE
Custom

CUSTOM DATES
05/01/2014      05/31/2014

SEARCH

NARROW RESULTS

Flight Activity
☑ All Flight Activities (0)

Non-Flight Activity
☑ All Non-Flight Activities (0)
☑ Car (0)
☑ Hotels (0)
☑ Delta Credit/Debit Cards (0)
☑ Other (0)

Flight Award Activity
☑ All Flight Award Activity (0)

Non-Flight Award Activity
☑ All Non-Flight Award Activity (0)

©2014 Delta Air Lines, Inc.