**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

*In re:*                                                          **CHAPTER 11**

**JEFFREY ROY BROOKS,**                        **CASE NO. 14-10183-EPK**

      **Debtor**                                      /

**EHRENSTEIN CHARBONNEAU CALDERIN'S JOINDER IN UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT**

Ehrenstein Charbonneau Calderin, (the "ECC") by and through undersigned counsel, gives notice of their joinder, in the *Motion to Dismiss or Convert* [ECF# 131] (the "Motion to Dismiss"), filed by the United States Trustee ("US Trustee"). ECC adopts and joins in the Motion to Dismiss filed by the US Trustee for all purposes and incorporates the same herein by reference.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case on December 3, 2014.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

          **EHRENSTEIN CHARBONNEAU CALDERIN**
          *Attorneys for Ehrenstein Charbonneau Calderin*
          501 Brickell Key Drive, Suite 300
          Miami, FL  33131
          T. 305.722.2002        F. 305.722.2001
          www.ecclegal.com

          By:   */s/ Jacqueline Calderin*
                Jacqueline Calderin, Esq.
                Florida Bar No: 134414
                jc@ecclegal.com