

**ORDERED in the Southern District of Florida on December 17, 2014.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| JEFFREY ROY BROOKS, | : | CASE NO. 14-10183-EPK |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING CASE

This matter came before the Court on December 3, 2014 on the U.S. Trustee's Motion to Dismiss or Convert.  After proper notice and hearing, the U.S. Trustee and the Debtor agree that the case should be dismissed.  Upon review of the file and the comments of those present at the hearing, for the reasons stated on the record, it is:

ORDERED that this case is dismissed with prejudice to the filing of a petition under any chapter of the Bankruptcy Code for a period of 6 months from the date of this Order, and it is further

ORDERED that the dismissal is without prejudice to creditors filing an involuntary bankruptcy petition against the Debtor; it is further

ORDERED that the Court shall retain jurisdiction to hear any additional motions related

to the Order Granting Application for Compensation for Jacqueline Calderin; it is further

ORDERED that the Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period since the period reported on the last debtor-in-possession report filed by the debtor, and it is further

ORDERED that the Debtor, shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order, and it is further

ORDERED that the Court shall retain jurisdiction to enforce the provisions of this Order.

####

Submitted by:
Heidi Feinman
Trial Attorney
U.S. Trustee's Office
51 SW First Avenue, Suite 1204
Miami, FL 33130
(305) 536-7285

**ALL CREDITORS AND PARTIES IN INTEREST (BY CLERK'S OFFICE)**